In the Matter of the Claim of ANTONIO VICARI, Appellant, against HOUSTON PROPERTIES CORPORATION and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CHARLES F. NEWMAN, Appellant, against JOBSON GIFFORD COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of PHILOMENA CESTA, Appellant, against J. F. BROGAN and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ANTONIA LEICHTWEIS, Appellant, against ANDREW BOWDEN and Another, Respondents. STATE INDUSTRIAL BOARD, Repondent.— Motion granted by default. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of FRANK ELLIS, Appellant, against FEDDERS MANUFACTURING COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GIOVANNI PELERSI, Respondent, against THE TEN EYCK COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award modified in accordance with stipulation, and as so modified unanimously affirmed. Present. — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LEON WISHENGRAD, Appellant, against PRESLIER BROS. and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GIROLAMO BRENELLI, Appellant, against I. GALLUSCIO and Others, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of FRANK LOPE, Appellant, against POTTERTON BROS. and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JAMES MACK, Appellant, against CHENANGO CONSTRUCTION COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, without costs, with leave to the employer and the insurance carrier to renew motion at the March Compensation Term, if so advised. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Mrs. ISADORE MARKS, Respondent, against WALTER GRAY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.